In the Matter of the Petition of Louis N. Loper et al., Appellants, for an Order Revoking and Canceling the Liquor Tax Certificate Issued to Daniel Slattery and James J. Hammond, Composing the Firm of Slattery & Hammond, Respondents.

*Matter of Loper*, 53 App. Div. 576, affirmed.
(Argued November 12, 1900; decided December 11, 1900.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 31, 1900, reversing an order of Special Term revoking and canceling liquor tax certificate No. 26,903, issued to Daniel Slattery and James J. Hammond.

*G. E. Judson* for appellants.

*Richard Crowley* for respondents.

Order affirmed, with costs, on authority of *Matter of Hawkins* (165 N. Y. 188).

Concur: Parker, Ch. J., Gray, O'Brien, Haight, Landon, Cullen and Werner, JJ.

---

John Slattery, Appellant, *v.* The Mayor, Aldermen and Commonalty of the City of New York, Respondent.

*Slattery* v. *Mayor, etc., of New York*, 31 App. Div, 127, affirmed.
(Argued November 16, 1900; decided December 11, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint as to the third cause of action by the court at a Trial Term, and an order denying a motion for a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John Whalen*, Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: Gray, O'Brien, Haight, Landon, Cullen and Werner, JJ.  Not sitting: Parker, Ch. J.